## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAZARO F. PEREZ, SR.,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-159 (RMC)** |
| ) | |
| **ALBERTO GONZALEZ,** *et al.,* ) | |
| ) | |
| **Respondents.** ) | |
| ) | |

## ORDER TRANSFERRING CASE

Petitioner Lazaro F. Perez Sr. pleaded guilty in the U.S. District Court for the Southern District of Texas to conspiring to possess with intent to distribute marijuana, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), and was sentenced to 135 months' incarceration followed by 5 years' supervised release. Judgment was entered on January 24, 2006. Mr. Perez is currently serving his sentence in the federal penitentiary in Oakdale, Louisiana.

Mr. Perez filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in this Court on January 22, 2007. Although Mr. Perez indicates in his petition, without elaboration, that he previously filed a motion for postconviction relief pursuant 28 U.S.C. § 2255, *see* Petition ¶ 16, a review of the docket of his case in the Southern District of Texas reveals no such motion, *see United States v. Perez*, No. 04-774, PACER Docket (last visited Jan. 25, 2007).

Relief under § 2241 is generally unavailable to an inmate who is eligible to move the sentencing court for relief under § 2255, but has not done so. However, § 2255's "savings clause" permits a prisoner to mount a collateral attack under § 2241 when the remedy provided by § 2255

is "inadequate or ineffective to test the legality of his detention." 28 U.S.C. § 2255 ¶ 5; *In re Smith*, 285 F.3d 6, 8 (D.C. Cir. 2002). Mr. Lazaro suggests that he falls within this exception because the district court in Texas lacked jurisdiction over his case. *See* Petition ¶ 19. However, this Court need not address this issue, nor reach the merits of Mr. Perez's claims, because it lacks jurisdiction over his habeas petition. Even if relief under § 2241 is available to Mr. Perez, he must seek that relief in the judicial district in which he is incarcerated. *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Accordingly, it is hereby

**ORDERED** that this case shall be **TRANSFERRED** to the United States District Court for the Western District of Louisiana; and it is

**FURTHER ORDERED** that the Clerk shall serve a copy of the petition and this Order on the Attorney General and the U.S. Attorney for the District of Columbia; and it is

**FURTHER ORDERED** that the Clerk shall serve a copy of this Order on Mr. Perez, at the address listed below; and it is

**FURTHER ORDERED** that this case shall be closed and removed from the docket of this Court.

**SO ORDERED**.

Date: January 25, 2007

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

cc:
Lazaro F. Perez Sr.
Reg. No. 38485-179
F.C.I. Oakdale
P.O. Box 5000
Oakdale, LA 71463